# EXHIBIT C

CORPORATION SERVICE COMPANY
www.incspot.com

CSC- Harrisburg
Suite B
2704 Commerce Drive
Harrisburg, PA 17110
800-622-2300
717-526-4401 (Fax)

Matter#      52125/000001                           Order#           186489-1
Project Id :                                        Order Date       02/04/2005
Additional Reference :           NOT PROVIDED

      Entity Name :                  ALARM ONE, INC.   (Debtor)/ FORTRESS CREDIT CORP., AS
                                        AGE#   (Secured Party)
      Jurisdiction :                 IL-SECRETARY OF STATE

      Request for :                  UCC Filing
      File Type :                    ORIGINAL

      Result :                       Filed

      File Number :                  9521674
      Filing Date :                  02/04/2005

Ordered by MS. GABRIELE KIRSCH at BUCHANAN INGERSOLL, P.C.

Thank you for using CSC.  For real-time 24 hour access to the status of any order placed with CSC, access our website at
www.incspot.com.

.. you have any questions concerning this order or IncSpot,  please feel free to contact us.

Barbara Christman
bchristm@cscinfo.com

The responsibility for verification of the files and determination of the information therein lies with the filing officer; we accept no liability for errors or omissions.

**ACKNOWLEDGEMENT**
**COPY** RECEIVED
SECRETARY OF STATE
UNIFORM COMM CODE DIV.

## UCC FINANCING STATEMENT
FOLLOW  INSTRUCTIONS (front and back) CAREFULLY

2005 FEB -4 PM 2: 27

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGEMENT TO:  (Name and Address)

**CSC**

UCU102/07/05:07:3046:
20.00 MU
SOSIL 14:24    9521674 FS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | |
|---|---|---|---|
| 1a. ORGANIZATION'S NAME  ALARM ONE, INC. | | | |

| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS  1601 E. ORANGEWOOD AVENUE | CITY  ANAHEIM | STATE  CA | POSTAL CODE  92805 | COUNTRY |
|---|---|---|---|---|

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR  CORPORATION | 1e. TYPE OF ORGANIZATION  ILLINOIS | 1f. JURISDICTION OF ORGANIZATION  IL 59814109 | 1g. ORGANIZATIONAL ID #, if any  ☐ NONE |
|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | |
|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | |

| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any  ☐ NONE |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | |
|---|---|---|---|
| 3a. ORGANIZATION'S NAME  FORTRESS CREDIT CORP., AS AGENT | | | |

| OR | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 3c. MAILING ADDRESS  1251 AVENUE OF THE AMERICAS, 16TH FLOOR | CITY  NEW YORK | STATE  NY | POSTAL CODE  10020 | COUNTRY |
|---|---|---|---|---|

4. This FINANCING STATEMENT covers the following collateral:

All assets of the Debtor now owned or hereafter acquired, including, without limitation, the collateral described on Exhibit A attached hereto and made a part hereof:

| 5. ALTERNATIVE DESIGNATION (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum   [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]  [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

Blanket

CSC ID:236878 IL-Secretary of State

186 489 ARG

## EXHIBIT A

**DEBTOR:**                                    **SECURED PARTY:**

ALARM ONE, INC.                                FORTRESS CREDIT CORP., AS AGENT

## COLLATERAL

All of the Debtor's right, title and interest in, to and under the following property (each capitalized term used herein shall have the meaning given to it in the Uniform Commercial Code as in effect in the State of New York on the date hereof and as the same may subsequently be amended from time to time):

(i)     all now existing and hereafter acquired or arising Accounts, Goods, General Intangibles, Payment Intangibles, Deposit Accounts, Chattel Paper (including Electronic Chattel Paper), Documents, Instruments, Software, Investment Property, Letters of Credit, Letter of Credit Rights, advices of credit, money, Commercial Tort Claims as listed on Schedule 1 attached hereto and made a part hereof, Equipment and Inventory, Fixtures and Supporting Obligations, together with all products of and Accessions to any of the foregoing and all Proceeds of any of the foregoing (including all insurance policies and proceeds thereof);

(ii)     to the extent, if any, not included in clause (i), each and every other item of personal property and fixtures, whether now existing or hereafter arising or acquired, including all licenses, contracts and agreements, and all collateral for the payment or performance of any contract or agreement, together with all products and Proceeds (including all insurance policies and proceeds) of any Accessions to any of the foregoing; and

(iii)     all present and future business records and information, including computer tapes and other storage media containing the same and computer programs and software (including source code, object code and related manuals and documentation and all licenses to use such software) for accessing and manipulating such information.

## SCHEDULE 1

### COMMERCIAL TORT CLAIMS

None