

**'07 CIV 7590**

Peter Asplund
KIRKLAND & ELLIS LLP
Attorneys for Plaintiff
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FORTRESS CREDIT CORP.,

    Plaintiff,

v.

ALARM ONE INC.,

    Defendant.

CASE NO.: 07 CIV. _____

### RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Fortress Credit Corp. (a nongovernmental corporate party) makes the following disclosure statement:

**I. PARENT CORPORATIONS:**

    Fortress Investment Group LLC

**II. PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF ITS STOCK:**

    None.

Dated: August 24, 2007

                                      Peter Asplund
                                      KIRKLAND & ELLIS LLP
                                      Citigroup Center
                                      153 East 53rd Street
                                      New York, NY 10022-4611
                                      Telephone: (212) 446-4800
                                      Facsimile: (212) 446-4900

                                      *Attorneys for Plaintiff*
                                      **FORTRESS CREDIT CORP.**