UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FORTRESS CREDIT CORP.,

        Plaintiff,

v.

ALARM ONE INC.,

        Defendant.

CASE NO.: 07 CIV. 7590 (CM) (RLE)

ECF CASE

### STIPULATION FOR EXTENSION OF TIME WITHIN WHICH DEFENDANT MUST RESPOND TO PLAINTIFF'S COMPLAINT AND FOR EXTENSION OF TIME WITHIN WHICH TO FILE CASE MANAGEMENT PLAN

The Plaintiff's complaint was served on Defendant's registered agent on September 13, 2007, and Defendant's response to the complaint is currently due on or before October 3, 2007. Based on the occurrence of certain events, there may be a satisfactory resolution of the dispute between the parties such that further litigation may not be necessary. Therefore, the parties have agreed that Defendant shall have until and including October 15, 2007, by which to respond to Plaintiff's complaint.

On September 12, 2007, the Court issued an *Order Scheduling An Initial Pretrial Conference.* Absent agreement or timely submission of a conforming case management plan, the parties are currently ordered to appear for an initial pretrial conference at 2:15 p.m. on October 11, 2007. The parties hereby jointly stipulate and respectfully request that the Court extend the time for filing a conforming case management plan until on or after October 16, 2007, and that

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/07

the initial pretrial conference be adjourned until a later date at the Court's convenience on or after October 16, 2007, namely __November 3__, 2007. @ 10 30 am.

Date:  October 3, 2007                    Respectfully submitted,

FORTRESS CREDIT CORP.                     ALARM ONE, INC.

_____                   _____
Peter Asplund                             Richard Pelliccio
KIRKLAND & ELLIS LLP                      HOLLAND & KNIGHT LLP
Citigroup Center                          195 Broadway, 25th Floor
153 East 53rd Street                      New York, NY 10007
New York, NY 10022-4611                   Tel:   (212) 513-3200
Tel:   (212) 446-4800                     Fax:   (212) 385-9010
Fax:   (212) 446-4900

                                          Daniel K. Hampton (*pro hac vice* pending)
                                          HOLLAND & KNIGHT LLP
                                          10 St. James Avenue
                                          Boston, MA 02116
                                          Tel:   (617) 523-2700
                                          Fax:   (617) 523-6850


IT IS SO ORDERED.

_____
The Honorable Colleen McMahon, District Judge

Date:  October 4, 2007

2