```
                                          USDS SDNY
                                          DOCUMENT
                                          ELECTRONICALLY FILED
                                          DOC #: _____
UNITED STATES DISTRICT COURT              DATE FILED: 10/11/07
SOUTHERN DISTRICT OF NEW YORK
```

FORTRESS CREDIT CORP.,

        Plaintiff,

v.

ALARM ONE INC.,

        Defendant.

CASE NO.: 07 CIV. 7590 (CM) (RLE)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Fortress Credit Corp. hereby voluntarily dismisses its claims against defendant Alarm One, Inc. without prejudice. Because defendant has not served an answer or filed a motion for summary judgment in response to Fortress's complaint herein, the voluntary dismissal of this action does not require an order of the Court. Plaintiff states that no court of the United States or of any state previously dismissed any action based on or including the same claims as presented by plaintiff in its complaint herein.

Date: October 10, 2007

Respectfully submitted,

_[signature]_

Peter Asplund
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
Telephone:  (212) 446-4800
Facsimile:   (212) 446-4900

*Attorneys for Plaintiff*
**FORTRESS CREDIT CORP.**

SO ORDERED:

_[signature]_
U.S.D.J.